# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MELISSA FRANCES JOHNSTON**                                                      **PLAINTIFF**

**V.**                      **CASE NO. 4:18-CV-583-JM-PSH**

**ANSWERFONE, ET AL.**                                                              **DEFENDANTS**

## **ORDER**

Plaintiff Melissa Johnston filed this federal lawsuit on August 28, 2018. In a January 22, 2020, Order, the Court alerted Ms. Johnston that her case would be dismissed unless she successfully completed service of process by February 7, 2020. (Doc. No. 6)

The time for complying with the requirements set out in the January 22nd Order has passed, and service of process has not been shown.

Ms. Johnston's case is dismissed, without prejudice, under Local Rule 5.5(c)(2), for failure to comply with the Court's January 22, 2020 Order.

DATED this 17th day of April, 2020.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE